HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KRISTOPHER CARTER MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-MJ-00010-MJS |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT INITIAL APPEARANCE; ORDER THEREON** |
| vs. | |
| KRISTOPHER CARTER MILLER, | Judge: Hon. Michael J. Seng |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(3), Defendant KRISTOPHER CARTER MILLER, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit counsel, having been previously appointed, to enter a not guilty plea on the Defendant's behalf at the initial appearance, or in the alternative to permit Mr. Miller to appear by Video Teleconference or telephonically in order to enter a not guilty plea.

Mr. Miller resides in Minnesota, where he is currently seeking employment and surviving on Social Security Disability Insurance and Unemployment compensation for the time being. Given Mr. Miller's financial condition, a personal appearance in Yosemite National Park would impose a significant hardship on him at this time. Mr. Miller therefore respectfully requests that counsel be permitted to appear on his behalf at the initial appearance in order to enter a not guilty plea, and requests a Rule 43 Waiver of Appearance until such time as he changes his plea, goes

to trial, or the court compels his presence as it deems necessary.

In addition, Defendant requests that the warrant issued on March 3, 2015, be quashed and recalled, and that a date for initial appearance be scheduled at the court's earliest convenience.

DATED:  March 24, 2015                      /s/ *Megan T. Hopkins*
                                                      Megan T. Hopkins
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     Kristopher C. Miller

O R D E R

GOOD CAUSE APPEARING, the above Request for Rule 43 Waiver of Appearance and that the warrant be quashed/recalled, in case No. 6:15-mj-00010 MJS, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   March 24, 2015                      /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE