| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar # 294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>KRISTOPHER CARTER MILLER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation Nos.  6:15-MJ-00010 MJS |
| Plaintiff, | ) | STIPULATION FOR RULE 43 WAIVER AND FOR VIDEO TELECONFERENCE |
| vs. | ) | APPEARANCE;  ORDER |
| KRISTOPHER CARTER MILLER, | ) | Date:   June 10, 2015<br>Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Kristopher Carter Miller, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his change of plea hearing on June 10, 2015, and to permit defense counsel to arrange a VTC.  Defendant is charged with camping outside of designated sites or areas, and for being in a park under the influence of alcohol, or controlled substance to a degree or that may endanger persons or property. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government does not oppose to this request.

This is defendant's second request for a waiver of appearance.  The first waiver was granted by the Court.  Mr. Miller is currently living in Prior Lake, Minnesota and returning to

1  Yosemite would pose a considerable hardship because he does not have the means to make this
2  trip.  Mr. Miller is currently not employed and does not have any income.  Mr. Miller anticipates
3  entering a change of plea, and a written plea agreement has been executed by the parties and
4  filed with the court.  Mr. Miller requests the Court accept waiver of his right to be personally
5  present at the proceedings on June 10, 2015.

                                    Respectfully submitted,

                                    BENJAMIN J. WAGNER
                                    United States Attorney

Dated:  May 28, 2015                 */s/ Matthew McNease*
                                    MATTHEW MC NEASE
                                    Acting Legal Officer
                                    National Park Service
                                    Yosemite National Park


Dated:  May 28, 2015                HEATHER E. WILLIAMS
                                    Federal Defender


                                    */s/  Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    KRISTOPHER CARTER MILLER


**O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation for defendant's waiver of appearance and for appearance by video teleconference at the status conference hearing on June 10, 2015, at 10:00 a.m., in case No. 6:15-mj-00010 MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   May 29, 2015                     /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Miller/ Stipulation for Waiver of Appearance            -2-
and for Appearance by Video Teleconference and Order